UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RENE SILVEIRA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SIX UNKNOWN AGENTS OR MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,<br><br>　　　　　Defendants.<br>_____/ | 1:12-cv-01349 LJO-GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

　　　　Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

　　　　2. Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

　　　　IT IS SO ORDERED.

　　　Dated:　**August 23, 2012**　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE