1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| WILLIAM RENE SILVEIRA, | 1:12-cv-01349-LJO-GSA-PC |

12

Plaintiff,                ORDER STRIKING COMPLAINT AND
REQUIRING PLAINTIFF TO FILE SIGNED
COMPLAINT FORM

13

v.                                (Doc. 1.)

14

SIX UNKNOWN NAMES AGENTS, et al.,          THIRTY DAY DEADLINE

15

Defendants.

16

_____/

17

On August 20, 2012, Plaintiff filed what was construed as a civil rights complaint.  The

18

complaint is not signed and it sets forth no intelligible claims for relief.  The Court cannot consider

19

unsigned filings and the complaint shall be stricken from the record for that reason.  Plaintiff has

20

thirty days to file a signed complaint that complies with Federal Rule of Civil Procedure 8(a).[1]

21

Accordingly, IT IS HEREBY ORDERED that:

22

1.      Plaintiff's complaint is stricken from the record for lack of signature;

23
24

---

[1] A complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to

25

relief. . . ." Fed. R. Civ. P. 8(a)(2).  Detailed factual allegations are not required, but "[t]hreadbare recitals of the
elements of a cause of action, supported by mere conclusory statements, do not suffice." Ashcroft v. Iqbal, ___ U.S.

26

___, ___, 129 S.Ct. 1937, 1949 (2009) (citing Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955,
1964-65 (2007)).  While a plaintiff's allegations are taken as true, courts "are not required to indulge unwarranted

27

inferences." Doe I v. Wal-Mart Stores, Inc., 572 F.3d 677, 681 (9th Cir. 2009) (internal quotation marks and
citation omitted).  To state a viable claim for relief, Plaintiff must set forth factual allegations sufficient to state a

28

plausible claim for relief. Iqbal, 129 S.Ct. at 1949-50; Moss v. U.S. Secret Service, 572 F.3d 962, 969 (9th Cir.
2009).  The mere possibility of misconduct falls short of meeting this plausibility standard. Id.

2.      Within **thirty (30) days** from the date of service of this order, Plaintiff must file a signed complaint; and

3.      **The failure to comply with this order will result in dismissal of this action.**


IT IS SO ORDERED.

**Dated:** __August 31, 2012__          __/s/ Gary S. Austin__
                                    UNITED STATES MAGISTRATE JUDGE